1 | McGREGOR W. SCOTT
2 | United States Attorney
3 | JUSTIN L. LEE
4 | Assistant United States Attorney
5 | 501 I Street, Suite 10-100
6 | Sacramento, CA 95814
7 | Telephone: (916) 554-2700

**FILED**

Dec 04, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING: <br><br> **A black and white Samsung cell phone associated with IMEI#354640102394959, seized from Jorge Lamas** | 2:19-SW-1003-KJN <br><br> **ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT** |
|---|---|

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered unsealed.

DATED: December 4, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE